In the Matter of the Estate of BERNARD F. CALLAHAN, Deceased.

COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant; FLORA CALLAHAN et al., Respondents.

(Argued May 22, 1933; decided June 6, 1933.)

*David S. Konheim* and *William Lurie* for appellant.

*David S. Edgar, Jr., Randolph J. Hernandez* and *Frederick W. Sparks* for petitioner-respondent.

*Donald P. MacArthur* for administrator-respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Not sitting: KELLOGG and HUBBS, JJ.